United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                    Case No. 15-41449

    Roudell Kirkwood

            Debtor(s)

In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the Trustee has submitted a Proof of Claim for you in the amount of $97,000.00, Claim# 7.

### Claimant

Name         State Bank Of The Lake
Address      2031 E. Grand Avenue
City, State Zip   Lindenhurst, IL 60046

Date: April 25, 2016

                                             Jeffrey P. Allsteadt, Clerk

                                             Mildred Sims
                                             Deputy Clerk

United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                           Case No. 15-41449

Roudell Kirkwood

        Debtor(s)

Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

Creditor Name & Address:
State Bank Of The Lake
2031 E. Grand Avenue
Lindenhurst, IL 60046

Debtor Name & Address:
Roudell Kirkwood
1511 Laurel Ave.
Waukegan, IL 60085

The following parties received electronic notification

Attorney for Debtor Name:

David M Siegel

Trustee Name:

Glenn B Stearns

Date: April 25, 2016                                Mildred Sims
                                                                 Deputy Clerk