United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                        Case No. 15-41449

Roudell Kirkwood

Debtor(s)

In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the Trustee has submitted a Proof of Claim for you in the amount of $ 15,000.00 , Claim# 8 .

Claimant

Name         State Bank Of The Lake
Address     2031 E. Grand Avenue
City, State Zip  Lindenhurst, IL 60046

Date: April 25, 2016

Jeffrey P. Allsteadt, Clerk

Mildred Sims
Deputy Clerk

United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                                        Case No. 15-41449

Roudell Kirkwood

      Debtor(s)

## Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

**Creditor Name & Address:**
State Bank Of The Lake
2031 E. Grand Avenue
Lindenhurst, IL 60046

**Debtor Name & Address:**
Roudell Kirkwood
1511 Laurel Ave.
Waukegan, IL 60085

The following parties received electronic notification

Attorney for Debtor Name:

David M Siegel

Trustee Name:

Glenn B Stearns

Date:  April 25, 2016                            Mildred Sims
                                                             Deputy Clerk