Case 15-41449   Doc 36-3   Filed 10/30/19   Entered 10/30/19 13:14:32   Desc
Statement Accompanying Relief From Stay   Page 1 of 3

Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____Roudell Kirkwood_____ Case No. __15-41449__ Chapter __13__

All Cases: Moving Creditor _____State Bank of The Lakes_____ Date Case Filed __12/8/15__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __4/29/16__

Chapter 7: ☐ No-Asset Report Filed on _____
            ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car  Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ _____41,123.35_____
   Total of all other Liens against Collateral $ _____97,000.00_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ _____130,000.00_____

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____     Amount $ _____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __18__     Amount $ _____4,356.00_____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____     Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid       Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe)_____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: _____10/29/19_____          _____/s/ Aaron D. White, Jr._____
                                              Counsel for Movant

(Rev. 12 /21/09)

View Profile - [REDACTED] Note - 10 Year 786 MTG - Closedend Jr - Bank 660

Case 1[REDACTED] Doc 36-3  Filed 10/30/19  Entered 10/30/19 13:14:32  Desc
Statement Accompanying Relief From Stay  Page 2 of 3

Roudell Kirkwood
[REDACTED] Note - 10 Year 786 MTG - Closedend
Jr

102 items: Life-to-date beginning 02/02/2012

| Effective / Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| 09/10/2018 09/17/2018 | 660 - Special payment | 242.00 | 242.00 | 0.00 | 39,747.91 | |
| 07/06/2018 07/09/2018 | 660 - Special payment | 242.00 | 242.00 | 0.00 | 39,989.91 | |
| 05/07/2018 05/21/2018 | 660 - Special payment | 242.00 | 242.00 | 0.00 | 40,231.91 | |
| 04/18/2018 04/18/2018 | 400 - Rate change | 0.000000% | 0.00 | 0.00 | 40,473.91 | |
| 04/09/2018 04/12/2018 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 03/13/2018 03/14/2018 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 02/26/2018 03/01/2018 | 660 - Special payment | 138.49 | 0.00 | 0.00 | 40,473.91 | |
| 02/07/2018 02/08/2018 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 01/24/2018 01/24/2018 | 660 - Special payment | 138.49 | 0.00 | 0.00 | 40,473.91 | |
| 01/08/2018 01/18/2018 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 12/21/2017 12/21/2017 | 660 - Special payment | 138.49 | 0.00 | 0.00 | 40,473.91 | |
| 12/04/2017 12/07/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 11/28/2017 11/28/2017 | 660 - Special payment | 138.49 | 0.00 | 0.00 | 40,473.91 | |
| 11/02/2017 11/22/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 10/26/2017 10/26/2017 | 660 - Special payment | 277.28 | 0.00 | 0.00 | 40,473.91 | |
| 10/15/2017 10/13/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 09/08/2017 09/11/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 08/21/2017 08/21/2017 | 660 - Special payment | 138.78 | 0.00 | 0.00 | 40,473.91 | |
| 08/11/2017 08/14/2017 | 660 - Special payment | 138.79 | 0.00 | 0.00 | 40,473.91 | |
| 08/07/2017 08/11/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 07/07/2017 07/14/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 06/22/2017 06/23/2017 | 660 - Special payment | 138.78 | 0.00 | 0.00 | 40,473.91 | |
| 06/07/2017 06/14/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 05/24/2017 05/25/2017 | 660 - Special payment | 139.67 | 0.00 | 0.00 | 40,473.91 | |
| 05/10/2017 05/22/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 | |
| 04/26/2017 | 660 - Special | 139.67 | 0.00 | 0.00 | 40,473.91 | |

Case 15-41449   Doc 36-3   Filed 10/30/19   Entered 10/30/19 13:14:32   Desc
Statement Accompanying Relief From Stay   Page 3 of 3

View Profile - [redacted]   Note - 10 Year 786 M PI - Glosedend, Jr - Bank 660

| Date | Date 2 | Type | Amount | Col 4 | Col 5 | Balance |
|---|---|---|---|---|---|---|
| 05/26/2017 | | payment | | | | |
| 04/10/2017 | 04/14/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 |
| 03/21/2017 | 03/22/2017 | 660 - Special payment | 139.67 | 0.00 | 0.00 | 40,473.91 |
| 03/02/2017 | 03/06/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 |
| 02/21/2017 | 02/21/2017 | 660 - Special payment | 139.67 | 0.00 | 0.00 | 40,473.91 |
| 02/09/2017 | 02/13/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 |
| 01/25/2017 | 04/27/2017 | 660 - Special payment | 139.67 | 0.00 | 0.00 | 40,473.91 |
| 01/10/2017 | 01/12/2017 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 |
| 12/21/2016 | 12/23/2016 | 660 - Special payment | 139.67 | 0.00 | 0.00 | 40,473.91 |
| 11/14/2016 | 06/23/2017 | 660 - Special payment | 139.67 | 0.00 | 0.00 | 40,473.91 |
| 11/14/2016 | 11/30/2016 | 720 - Special adjustment debit | 139.67 | 0.00 | 0.0000000 | 40,473.91 |
| 11/10/2016 | 11/14/2016 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 |
| 10/21/2016 | 10/25/2016 | 660 - Special payment | 139.67 | 0.00 | 0.00 | 40,473.91 |
| 08/12/2016 | 08/19/2016 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 |
| 07/27/2016 | 08/19/2016 | 660 - Special payment | 150.98 | 0.00 | 0.00 | 40,473.91 |
| 07/22/2016 | 08/19/2016 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 |
| 06/10/2016 | 08/19/2016 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,473.91 |
| 05/15/2016 | 09/09/2019 | 610 - Regular payment | 242.00 | 109.14 | 132.86 | 40,473.91 |
| 05/10/2016 | 08/19/2016 | 660 - Special payment | 242.00 | 0.00 | 0.00 | 40,583.05 |
| 04/15/2016 | 08/13/2019 | 610 - Regular payment | 242.00 | 108.78 | 133.22 | 40,583.05 |
| 03/15/2016 | 07/05/2019 | 610 - Regular payment | 242.00 | 108.42 | 133.58 | 40,691.83 |
| 02/15/2016 | 06/28/2019 | 643 - Pre-petition payment | 262.03 | 108.06 | 133.94 | 40,800.25 |
| 01/15/2016 | 06/20/2019 | 610 - Regular payment | 242.00 | 107.70 | 134.30 | 40,908.31 |
| 12/15/2015 | 05/09/2019 | 610 - Regular payment | 242.00 | 107.34 | 134.66 | 41,016.01 |