**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Roudell Kirkwood** | Social Security number or ITIN   **xxx−xx−0714** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **15−41449**

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Roudell Kirkwood

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

July 27, 2020                                                                 **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                                United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                              Case No. 15-41449-ABG
Roudell Kirkwood                                                    Chapter 13
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 2                  Date Rcvd: Jul 27, 2020
                              Form ID: 3180W               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2020.
db             +Roudell Kirkwood,    1511 Laurel Ave.,    Waukegan, IL 60085-5315
24002821        City of Chicago Parking,    121 N LaSalle Street,    Room 107A,    Chicago, IL 60602-1232
24002822       +City of Waukegan Bureau of Parking,    106 N Martin Luther King Jr Ave,
                 Waukegan, IL 60085-4328
24002823       +Codilis & Associates,    15W030 N. Frontage Rd.,    Suite 100,    Burr Ridge, IL 60527-6921
24002825       +Consumers Credit Union,    1075 Tri State Parkway,    Suite 3850,    Gurnee, IL 60031-9182
24002827       +First Midwest Bank/na,    3800 Rock Creek Blvd.,    Joliet, IL 60431-7939
24002832       +Kohl/Cap1,    PO Box 6497,    Sioux Falls, SD 57117-6497
24078118       +PEOPLES GAS LIGHT & COKE COMPANY,    200 EAST RANDOLPH STREET,    CHICAGO, ILLINOIS 60601-6433
24002835       +Peoples Choice Video Express,    2411 Grand Ave,    Waukegan, IL 60085-3314
24002836       +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                 Chicago, IL 60601-6207
24002837       +State Bank Of The Lake,    2031 E. Grand Avenue,    Lindenhurst, IL 60046-9092
24002838        Vista Medical Center East,    Patient Financial Services,    1324 N. Sheridan Road,
                 Waukegan, IL 60085-2161

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24002820       +EDI: PHINHARRIS Jul 28 2020 05:23:00      Arnold Scott Harris, P.C.,
                 222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1103
24179775        EDI: BL-BECKET.COM Jul 28 2020 05:23:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
24002824       +E-mail/Text: Collections@myconsumers.org Jul 28 2020 01:52:53      Consumers Coop Cred Un,
                 Po Box 9119,    Waukegan, IL 60079-9119
24002826       +EDI: CCS.COM Jul 28 2020 05:23:00      Credit Coll,   Po Box 9133,    Needham, MA 02494-9133
24002829       +EDI: RMSC.COM Jul 28 2020 05:23:00      GECRB/JC Penneys,    PO Box 965007,
                 Orlando, FL 32896-5007
24002828       +EDI: RMSC.COM Jul 28 2020 05:23:00      GECRB/JC Penneys,    PO Box 981402,
                 El Paso, TX 79998-1402
24002830       +EDI: RMSC.COM Jul 28 2020 05:23:00      Gemb/JC Penney,    Bankruptcy Department,    PO Box 103104,
                 Roswell, GA 30076-9104
24002831        EDI: IRS.COM Jul 28 2020 05:23:00      IRS,   Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
24002833        E-mail/Text: bncnotices@becket-lee.com Jul 28 2020 01:52:44
                 Kohl/Chase(Kohl's Department Store),    Attn: Bankruptcy Department,
                 N54W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
24401503        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 01:56:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
24390301        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 01:56:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
24002834        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 01:56:20      LVNVFunding,
                 Resurgent Capital Service,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: ccabrales         Page 2 of 2             Date Rcvd: Jul 27, 2020
                              Form ID: 3180W          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:

```
              Aaron D White, Jr.    on behalf of Creditor    State Bank of The Lakes awhite@chuhak.com,
               mvasquez@chuhak.com
              David M Siegel    on behalf of Debtor 1 Roudell  Kirkwood davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns stearns_g@lisle13.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 5
```