# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:

Roudell Kirkwood

)
)
)
)
)
)
)

Case No. 15-41449

Chapter 13

Hon. Judge A. Benjamin Goldgar

## NOTICE OF OBJECTION

Creditor STATE BANK OF THE LAKES objects to Debtor's Motion for Determination of Final Cure and Payment re: Rule 3002.1 (Doc. 47).

/s/ Aaron D. White, Jr.
Attorney for State Bank of the Lakes

Aaron D. White, Jr. (#6301177)
CHUHAK & TECSON, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
T: (312) 444-9300
F: (312) 444-9027
Email:  awhite@chuhak.com

## CERTIFICATE OF SERVICE

I, Aaron D. White, Jr., an attorney, certify that I served the foregoing by electronic filing, to the U.S. Trustee, the Chapter 13 Trustee, and Debtor's Counsel through the Court's ECF Filing System on August 5, 2020.

/s/ Aaron D. White, Jr.

4832-6935-1367.v1.24182.65525