UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                           )         BK No.:   15-41449
ROUDELL KIRKWOOD                 )
                                 )         Chapter: 13
                                 )         Honorable A. Benjamin Goldgar
                                 )
                                 )         Lake County
          Debtor(s)              )

**ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S MOTION TO STRIKE EVIDENTIARY HEARING, SET BRIEFING SCHEDULE, and SET STATUS HEARING**

THIS MATTER coming to be heard on the debtor's motion to strike evidentiary hearing, set briefing schedule, and set status hearing, the parties being in agreement, and the court being duly advised in the premises, IT IS HEREBY ORDERED:

1. The debtor's motion is construed as a motion to vacate the pretrial order setting this matter for an evidentiary hearing on September 11, 2020, and is GRANTED in part. The pretrial order is vacated. The debtor's motion to determine final cure amount will be decided based on the parties' joint stipulation of facts.

2. The parties must file the joint stipulation as a separate item on the docket.

3. Briefing on the motion will proceed as follows. Response of State Bank of the Lakes is due on or before September 14, 2020. The debtor's reply is due on or before September 28, 2020.

4. To the extent the current motion asks for a status hearing, the motion is DENIED. Ruling on the motion to determine final cure amount is set for December 11, 2020, at 10:00 a.m.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  August 28, 2020

**Prepared by:**